1  Christopher B. Dalbey (SBN 285562)
   *cdalbey@weitzlux.com*
2  **WEITZ & LUXENBERG, P.C.**
   880 Century Park East, Suite 700
3  Los Angeles, CA 90067
   Tel.: 310-247-0921
4  Fax: 310-786-9927

5  Robin L. Greenwald (admitted *pro hac vice*)
   *rgreenwald@weitzlux.com*
6  James J. Bilsborrow (admitted in the transferor court, E.D.N.Y.)
   *jbilsborrow@weitzlux.com*
7  **WEITZ & LUXENBERG, P.C.**
   700 Broadway
8  New York, NY 10003
   Tel.: 212-558-5500
9  Fax: 212-344-5461

10  *Attorneys for Plaintiffs*

11

12                     UNITED STATES DISTRICT COURT
                       NORTHERN DISTRICT OF CALIFORNIA
                              San Jose Division
13

| | |
|---|---|
| **In re LENOVO ADWARE LITIGATION** | MDL Case No.: 15-md-02624-RMW |
| Herbert PHILLIPS and Susan TAM, | Civil Case No.: 5:15-cv-02788-RMW |
| Plaintiffs, | **Notice of Voluntary Dismissal Without Prejudice** |
| v. | |
| LENOVO (UNITED STATES) INC. and SUPERFISH INC., | |
| Defendants. | |

22       Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs Herbert

23  Phillips and Susan Tam, by and through counsel, submit this notice of voluntary dismissal

24

without prejudice in the above-captioned matter.  Plaintiffs Phillips and Tam reserve the right to proceed in this matter as absent class members.

Dated:  June 6, 2016        By: */s/ Christopher B. Dalbey*

Christopher B. Dalbey (SBN 285562)

\* \* \*

## **ORDER**

**It is so ordered.**  The Clerk shall close the case file 15-cv-2788-RMW.

Dated:  6/8/2016        *Ronald M. Whyte*

United States District Judge

**Certificate of Service**

I certify that on June 6, 2016, I caused a copy of the foregoing *Notice of Voluntary Dismissal Without Prejudice* to be filed electronically with the Court in the master case file, No. C-15-md-2624, pursuant to the Initial Case Management Order, and to be served by operation of the electronic filing system of the Court to all counsel of record.

                                                            */s/ Christopher B. Dalbey*